UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : <br> : <br> v. : <br> : <br> JOHN ALFY SALAMA MARKUS, : <br> a/k/a "John Salama," : <br> a/k/a "John Alfy Salama," : <br> a/k/a "Habib," : Crim. No. 11-366-01 (JLL) <br> AHMED NOURI, : <br> a/k/a "Ahmed Bahjat," : <br> a/k/a "Hamada," : <br> ONISEM GOMEZ, : <br> a/k/a "Oni Gomez," : <br> MITHAQ AL-FAHAL, : <br> a/k/a "Mithaq Mahmood Al-Fahal," : <br> and AMMAR AL-JOBORY, : COMPLEX CASE ORDER <br> a/k/a "Ammar Hussein : <br>     Muhammed Al-Jobory," : <br> a/k/a "Big Ammar" : | |

This matter having been opened to the Court on the joint application of the United States of America (Assistant U.S. Attorney Sandra L. Moser appearing) and the defendant JOHN ALFY SALAMA MARKUS, a/k/a "John Salama," a/k/a "John Alfy Salama," a/k/a "Habib," (Michael J. Rogers, Esq. appearing), for a complex-case order continuing the proceedings and excluding time from computation under the Speedy Trial Act of 1974; and the charges being the result of a lengthy investigation and the defendant needing sufficient time to review discovery, which includes the fruits of more than 70 pieces of computer media, and to investigate the charges and file motions in this case; and the Court having found, in light of the above, that this case is so complex that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within the time limits established by the Speedy Trial Act of 1974; and the

Court having found that an order granting a continuance of the proceedings and excluding time from calculation under the Speedy Trial Act of 1974 should be entered in light of the case being complex, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii); that the ends of justice are served by granting such a complex-case order; and for good cause shown,

It is on this __4th__ day of August, 2011,

ORDERED that this matter is hereby designated as a complex case pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii);

IT IS FURTHER ORDERED that a case management conference shall be held on __October 20,__ 2011, at __3:00 PM__;

IT IS FURTHER ORDERED that a motion schedule and/or a schedule for further proceedings will be set by the Court at that case management conference;

IT IS FURTHER ORDERED THAT the period of discovery in this matter shall be continued until the date of that case management conference;

IT IS FURTHER ORDERED that the time period from the date of this order to the date of that case management conference shall be excluded from computing time under the Speedy Trial Act of 1974; and

IT IS FURTHER ORDERED that the remaining provisions of the Order for Discovery and Inspection shall remain in full force and effect.

```
                                    _____
                                    HONORABLE JOSE L. LINARES
                                    United States District Judge
```