UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : |
| JOHN ALFY SALAMA MARKUS,<br>a/k/a "John Salama,"<br>a/k/a "John Alfy Salama,"<br>a/k/a "Habib,"<br>AHMED NOURI,<br>a/k/a "Ahmed Bahjat,"<br>a/k/a "Hamada,"<br>ONISEM GOMEZ,<br>a/k/a "Oni Gomez,"<br>MITHAQ AL-FAHAL,<br>a/k/a "Mithaq Mahmood Al-Fahal,"<br>and AMMAR AL-JOBORY,<br>Muhammed Al-Jobory,"<br>a/k/a "Big Ammar" | : Crim. No. 11-366 (JLL) |

This matter having come before the Court at a status conference held on February 15, 2012, the United States being represented by Paul J. Fishman, United States Attorney for the District of New Jersey (Sandra L. Moser, Assistant U.S. Attorney, appearing), and defendant John Alfy Salama Markus being represented by Michael Rogers, Esq.;

and a briefing schedule and trial date previously having been set by the Court;

and the defendant having set forth several bases relating to voluminous discovery in requesting an adjournment of the April 16, 2012 trial date;

and this Court finding good cause;

IT IS on this __16th__ day of February, 2012

ORDERED that the briefing schedule and trial date previously set forth is void;

IT IS FURTHER ORDERED that the parties will appear on April 16, 2012 at 11 a.m. for a status conference at which time a new briefing schedule and trial date will be set; and

IT IS FURTHER ORDERED that the time period from February 15, 2012 to April 16, 2012 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE JOSE L. LINARES
United States District Judge