NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>v.<br><br>JOHN ALFY SALAMA MARKUS,<br><br>    Defendants. | Criminal No.: 2:11-366 (JLL) 01<br><br><br>**ORDER** |

Please be advised that oral argument on defendant's motion as against the Government [docket entry # 41] is scheduled for **Wednesday, September 5, 2012** at **1:30 p.m.** in Courtroom 5D of the Martin Luther King Jr., Federal Building, 50 Walnut Street, Newark, New Jersey. All parties are hereby required to appear.

**IT IS SO ORDERED.**

*/s/ Jose L. Linares*
Jose L. Linares,
United States District Judge

Dated: July 19, 2012